## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.  _19 mj 03178 - Louis_

**UNITED STATES OF AMERICA**

**v.**

**AUSTIN DAVID LEE BASSETT,**

   **Defendant.**
_____/

## CRIMINAL COVER SHEET

1.   Did this matter originate from a matter pending in the Central Region of the United States
     Attorney's Office prior to August 9, 2013?    _____ Yes    ___X___ No

2.   Did this matter originate from a matter pending in the Northern Region of the United States
     Attorney's Office prior to August 8, 2014?    _____ Yes    ___X___ No


Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:    _____

Lindsey Lazopoulos Friedman
Assistant United States Attorney
Fla. Bar No. 091792
99 Northeast 4th Street
Miami, FL. 33132-2111
Tel: (305) 961-9168
Fax: (305) 536-4699
Lindsey.Friedman@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19 mj 03178- Louis |
| | ) | |
| AUSTIN DAVID LEE BASSETT, | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 24, 2019 _____ in the county of _____ Miami-Dade _____ in the

_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

John T. Occhialini, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 25 2019

_____
*Judge's signature*

City and state:                    Miami, Florida

Lauren F. Louis, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, John T. Occhialini, being duly sworn, do hereby depose and state as follows:

1.     I am a Special Agent with Immigration and Customs Enforcement Homeland Security investigations ("HSI") in Miami, Florida, assigned to the HSI Special Agent in Charge ("SAC") Miami Office, Cyber Crimes/Child Exploitation Group.  I am a law enforcement officer of the United States as that term is defined in Title 18, United States Code, Section 2510(7), and I am authorized by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18.

2.     I have been assigned to the Cyber Crimes/Child Exploitation Group for approximately 5 years.  I investigate, among other violations of federal law, cases involving the sexual exploitation of children.  Prior to my assignment with the HSI Miami Cyber Crimes/Child Exploitation Group, I was assigned to the HSI Technical Operations Group, Airport Narcotics and Document Fraud Group and Seaport Narcotics Group for a total of twenty-two years.

3.     I have conducted several child pornography and child exploitation investigations. In the course of these investigations, I have reviewed thousands of still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on all forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers.  I have also participated in training programs for the investigation and enforcement of federal child pornography laws relating to the use of computers for receiving, transmitting, and storing child pornography.

4.     This Affidavit is made in support of a criminal complaint which charges Austin David Lee BASSETT ("BASSETT"), a citizen and resident of the United Kingdom, with knowingly possessing visual depictions in and affecting interstate and foreign commerce, of

minors engaging in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

5.      The information set forth in this Affidavit comes from my personal involvement in this investigation, as well as from information provided by other sworn law enforcement officers and other personnel specially trained in the seizure and analysis of computers and other electronic media. This Affidavit does not include every fact law enforcement knows about this investigation. Rather, this Affidavit contains only those facts necessary to establish probable cause for the issuance of the criminal complaint against BASSETT for the aforementioned criminal violations.

## **PROBABLE CAUSE**

6.      On July 24, 2019, BASSETT entered the United States from London, England, at Miami International Airport (MIA) as a passenger onboard Norwegian Air Shuttle Flight 7043 which had arrived from London, Gatwick International Airport (LGW).

7.      Upon arrival at Miami International Airport, BASSETT was selected for secondary inspection by Customs and Border Protection (CBP) officers who had conducted a check of the arriving passenger manifest to find a "look-out," which had been entered for BASSETT.  The "look-out" was based on BASSETT's utilization of a credit card number to purchase a subscription to a paid website which provides access to child pornographic material to members.

8.      During secondary inspection, a Samsung cellphone was found inside of a carry-on bag owned and in the possession of BASSETT. BASSETT admitted ownership of the cellphone and agreed to unlock the cellphone for examination by both facial recognition and by providing the unlock code. CBP officers conducted a manual examination the cellphone and were able to view what appeared to be a video depicting child pornography content. CBP officers discontinued their manual review and contacted HSI.

2

9.      Homeland Security Investigation Agents arrived at MIA and conducted an on-scene preliminary partial forensic examination of BASSETT's cellphone, which revealed approximately three (3) color, playable video files and approximately seventeen (17) color still images of suspected child pornography depicting preteen female children who were naked, displaying their genitals, and/or engaging in sexual activity.  For example the files include:

> a. Video file titled ".com.google.Chrome.mjUK3R" depicts a prepubescent female and a pubescent minor female undressing before they lay on the floor, at which time the pubescent minor female leans over the prepubescent female and kisses her body and proceeds to rub her pubic area with her hand.
>
> b. Video file titled "pee finger.mp4" depicts a pubescent minor female partially clothed, but naked from the waist down, with her legs spread toward the camera. She then urinates toward the camera and inserts her fingers inside her vagina and begins to masturbate.
>
> c. Video File titled "rjb-578.mov" depicts a prepubescent female, initially clothed, but eventually exposes her breasts to the video camera before subsequently removing her underwear to exposes her anus and vagina to the camera.

11.      After the partial forensic examination, in a post-arrest, post-*Miranda* interview, BASSETT stated that he is thirty-one years old and resides in Norfolk, United Kingdom. BASSETT admitted that he has and does utilize his cellphone to visit websites in order to download child pornography to watch.  BASSETT stated that he usually deletes the pornography video files after he watches them.  BASSETT further admitted that he had used his credit card to purchase a subscription to an on-line website that allows members to download child pornographic videos.

12.      BASSETT also admitted that he understands that the minor females in the videos that he downloads could be as young as 10 years old.

13.      Based on the aforementioned facts, I respectfully submit that probable cause exists to support the arrest of Austin David Lee BASSETT for possession of visual depictions of minors

engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252 (a)(4)(B).

FURTHER AFFIANT SAYETH NAUGHT.

John T. Occhialini, Special Agent
Homeland Security Investigation

Sworn and subscribed before me this 25 day of January, 2019.

LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 19mj 03178- Louis

### BOND RECOMMENDATION

DEFENDANT: AUSTIN DAVID LEE BASSETT

Pre-Trial Detention (Risk of Flight & Danger)

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   Lindsey Lazopoulos Friedman

Last Known Address: United Kingdom

_____

_____

What Facility: _____

_____

Agent(s): HSI SA John Occhialini

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)